**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

**JEFFERY L. JOHNSON, on behalf of himself and all others similarly situated,**

           **Plaintiff,**

    -against-

**AEGON USA, INC., WMA SECURITIES, INC., et al.,**

           **Defendants.**

Civil Action No.
1-01-CV-2617-CAP

---

## MOTION FOR INTERVENTION AND CLASS CERTIFICATION

---

**CHITWOOD HARLEY
  HARNES LLP**
Martin Chitwood, Esq.
David A. Bain, Esq.
2300 Promenade II
1230 Peachtree Street N.E.
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

*Local Counsel for Plaintiff and the Class*

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP**
Daniel W. Krasner
Robert B. Weintraub
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

*Lead Counsel for Plaintiff and the Class*

396463.3

Intervenors Carolyn Gerin and Kathleen Mary Hughes, on behalf of themselves and all others similarly situated, hereby respectfully move the Court for entry of an order, pursuant to Fed. R. Civ. P. 24, allowing then to intervene in this action, and pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2) and/or 23(b)(3), certifying this action as a class action, and seek an order:

1. Granting the Motion for Intervention.

2. Certifying a class consisting of: all persons who, between October 1, 1998 and October 1, 2001, inclusive, purchased or otherwise acquired an individual tax-deferred variable annuity contract or who received a certificate to a group tax-deferred variable annuity contract issued by Western Reserve Life Assurance Co. of Ohio, or who made an additional investment through such a contract, which was used to fund a contributory (not defined benefit) retirement plan or arrangement qualified for favorable income tax treatment pursuant to Internal Revenue Code sections 401, 403, 408, 408A, or 457.  Excluded from the class are defendants, any officer of director of defendants or entity in which defendants had a controlling interest at any relevant time, any member of those persons' immediate families and the legal affiliates, heirs, controlling persons, agents, successors and predecessors in interest or assigns of any such excluded person or entity; and

3. Appointing Carolyn Gerin and Mary Kathleen Hughes as class representatives, and appointing Wolf Haldenstein Adler Freeman & Herz LLP as class counsel and Chitwood & Harley as local counsel.

The motion for Intervention and Class Certification is supported by the accompanying (i) Memorandum of Law in Support of the Motion for Intervention and Class Certification, (ii) Declaration of Robert B. Weintraub in Support of the Motion for Class Certification, and the exhibits annexed thereto, and (iii) the [Proposed] Order Granting the Motion for Intervention and for Class Certification.

Dated: May 12, 2006

          Daniel W. Krasner, Esq.
          Robert B. Weintraub, Esq.
          WOLF HALDENSTEIN ADLER
            FREEMAN & HERZ LLP
          270 Madison Avenue
          New York, New York 10016
          Tel: (212) 545-4600
          Fax: (212) 545-4653
          krasner@whafh.com
          weintraub@whafh.com
          Lead Counsel for Plaintiff and the Class

<u>/s/ David A. Bain</u>          by/MJ  with permission
Martin Chitwood, Esq. (Georgia Bar No. 124950)
David A. Bain, Esq. (Georgia Bar No. 032449)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street N.E.
Atlanta, GA  30309
Tel:  (404) 873-3900
Fax: (404) 876-4476
[mchitwood@chitwoodlaw.com](mchitwood@chitwoodlaw.com)
dbain@chitwoodlaw.com
Local Counsel for Plaintiff and the Class